

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00242-CV

JACK EUGENE WAGGONER

APPELLANT
AND APPELLEE

V.

SUSAN GALE WAGGONER

APPELLEE
AND APPELLANT

------------

FROM THE 271ST DISTRICT COURT OF WISE COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeals. *See* Tex. R. App. P. 42.1(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeals shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  February 2, 2012